# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00391-CR

**Donald Leonard Wilcox Sr., Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NO. 60520, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Donald Leonard Wilcox Sr., pleaded guilty to the offense of possession of a controlled substance with intent to deliver over four grams but less than two hundred grams. *See* Tex. Health & Safety Code Ann. § 481.112 (West 2003). Wilcox seeks to appeal from the judgment of conviction. The district court has certified that this is a plea-bargain case, and the defendant has no right of appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d).

 

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed

Filed: July 22, 2008

Do Not Publish